# United States District Court
## Southern District of Georgia

DR. VIVIENNE SHIPMAN-DAVIS (NEAL),

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-109

SAVANNAH-CHATHAM COUNTY PUBLIC SCHOOL SYSTEM; SAVANNAH-CHARHAM SCHOOL BOARD; THOMAS B. LOCKAMY, JR.; ARETHA RHONE-BUSH; RAMON RAY; and ROB GORDON,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 29, 2016, Defendants' motion for summary judgment on all Federal Claims is GRANTED, judgment is hereby ENTERED in favor of the Defendants and this civil action stands CLOSED.



August 29, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk